IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

BETTY JOHNSON, et al.,

     Plaintiffs,

V.

                                     CASE  NO. C2-08-901
                                     JUDGE EDMUND A. SARGUS, JR.
                                     MAGISTRATE JUDGE MARK R. ABEL

THE OHIO STATE UNIVERSITY, et al.,

     Defendants.

## ORDER

The undersigned hereby RECUSES himself from this case.  The Clerk shall use a random draw to assign a new judge to this case.

**IT IS SO ORDERED.**

_9-23-2008_
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE